1  LAW OFFICE OF MICHAEL C. OLSON P.C.
   Michael C. Olson, Esq. SBN 129496
2  4400 MacArthur Blvd., Suite 230
   Newport Beach, CA 92660
3  (949) 442-8940; FAX (949) 442-8935

4  Peter S. Hwu (SBN 144459)
   500 Sutter Street, Suite 908
5  San Francisco, California 94102
   Tel: (415) 398-8329
6  Fax: (415) 398-7329

7  Attorneys for Defendants P.K. Jung
   Corporation dba Chinese Combo King
8  and Peter Jung,

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12  Bai-Sheng He,                    )   CASE NO. C 05-02083 MMC
                                     )
13              Plaintiff,           )   STIPULATION AND ORDER
                                     )   CONTINUING CASE MANAGEMENT
14       vs.                         )   CONFERENCE
                                     )
15  Chinese Combo King, Peter Ping Kit Jung & )
    Does 1 - 10,                     )
16                                   )
                Defendants.          )

17

18

19

20       It is stipulated by the parties hereto, plaintiff Bai-Sheng He and defendants P.K. Jung

21  Corporation dba Chinese Combo King and Peter Jung that:

22

23

24       1)      On May 20, 2005, plaintiff filed this lawsuit against defendants for failure to

25       pay overtime compensation and provide meal and rest periods in violation of

26       California Labor Code Sections 203, 226.7, 510, and 558, California Business

27       and Professions Code Section 17203, and Fair Labor Standards Act;

28

Stipulation And Order                                                          05-02083 MMC

2) On September 19, 2005, the court granted plaintiff He's Ex Parte Application To Continue The Initial Case Management Conference and scheduled a Case Management Conference for November 18, 2004;

3) On November 2, 2005, defendants filed their answer to plaintiff's complaint;

4) Due to prior commitments in other lawsuits, both Michael C. Olson and Peter S. Hwu, defendants' counsel will be unavailable for the Case Management Conference on November 18, 2005;

5) Counsel for plaintiff He and defendants will be available to attend a case management conference on December 2, 2005; and

6) Therefore, the parties request that the court continue the Case Management Conference to December 2, 2005, at 10:30 a.m.

Dated: November 11, 2005    By: _____/s/_____
                                 Adam Wang
                                 Attorneys for plaintiff Bai-Sheng He

Dated: November 11, 2005    LAW OFFICE OF MICHAEL C. OLSON, P.C.

                            By: _____/s/_____
                                 Michael C. Olson
                                 Attorneys for defendants P.K. Jung
                                 Corporation dba Chinese Combo King,
                                 and Peter Jung

- - - -

Stipulation And Order                                    05-02083 MMC

-2-



Although the Court finds good cause for the requested continuance, the Court cannot accommodate the parties' request to continue the Case Management Conference to December 2, 2005. Consequently, the Court will grant a continuance, but will continue ~~PURSUANT TO STIPULATION, IT IS SO ORDERED,~~ the Case Management Conference for an additional two weeks. Accordingly,

It is hereby ordered that the Case Management Conference be continued from November 18, 2005 to December ~~2~~ 16, 2005, at 10:30 a.m.

Dated: November 14, 2005

Maxine M. Chesney
United States District Judge

Stipulation And Order                                                                                       05-02083 MMC

-3-

